# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:10-CV-504

| | |
|---|---|
| HICKORY SPRINGS MANUFACTURING COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )     ORDER<br>)<br>)<br>) |
| WILLIAM LEE HAGOOD, et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court upon Plaintiff's Status Report (Doc. No. 17) in response to the Court's Show Cause Order (Doc. No. 16). Plaintiff contends that Defendants have not filed an answer in the above captioned case because the parties are engaged in settlement negotiations and that speaking with Defendant Kleinman is difficult because of his incarceration. However, neither settlement negotiations not communication difficulties obviate the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff file a stipulation of dismissal, motion for entry of default, or other appropriate motion to move this case toward resolution within fourteen (14) days. Failure to do so will result in dismissal *sua sponte* without prejudice.

IT IS SO ORDERED.

Signed: April 2, 2012

Frank D. Whitney
United States District Judge