# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:10-CV-504

| | |
|---|---|
| HICKORY SPRINGS MANUFACTURING COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>)<br>) |
| WILLIAM LEE HAGOOD, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

**THIS MATTER** is before the Court *sua sponte* following a Show Cause Order issued by the Court (Doc. No. 16) and an order that Plaintiff file appropriate documentation to move the case toward resolution within fourteen (14) days (Doc. No. 18) filed on April 2, 2012. Plaintiff was ordered to file a stipulation of dismissal, motion for entry of default, or other appropriate motion to move the case toward resolution. The Court gave Plaintiff fourteen (14) days to do so, and twenty-one (21) days later, nothing has been filed. See generally Doyle v. Murray, 938 F.2d 33, 34 (4th Cir. 1991) (noting that a district court has an inherent authority to dismiss a case for failure to prosecute and Fed. R. Civ. P. 41(b) provides an explicit basis for doing so).

**IT IS THEREFORE ORDERED THAT** the above captioned case be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Signed: April 23, 2012

*[signature]*

Frank D. Whitney
United States District Judge